IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | |
|---|---|
| JAMES H. CAPPS<br>ADC #119812 | PLAINTIFF |
| v. NO: 2:17CV00062 JLH | |
| WYNNE, CITY OF, *et al.* | DEFENDANTS |

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.

DATED this 2nd day of August, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE